**Opinion issued June 10, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00366-CV**

————————————

**IN RE KASHIF RAASHAD RAYNOR, Relator**

———————————————————————————————————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————————————————————————————————

**MEMORANDUM OPINION**

Relator Kashif Raashad Raynor has filed a petition for writ of mandamus, requesting in 118 issues that we direct the trial court "take judicial notice of and strictly adhere to the United States Constitution and the Texas Constitution," vacate an interlocutory summary judgment, and vacate an order granting attorney's fees to the plaintiff in the trial court below.[1]

---

[1] The underlying case is *Wallis Bank, Inc. v. Kashif Raashad Raynor (solely as trustee of the living trust of Kashif Raashad Raynor, and Raynor Maintenance,*

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

cause number 2024-87639, pending in the 133rd District Court of Harris County, the Honorable Nicole Purdue presiding.